## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO FERNANDEZ<br><br>    Plaintiff(s),<br><br>v.<br><br>MANUEL R. GRIJALVA, et al.<br><br>    Defendant(s). | CASE NO. 2:22−cv−02445−DSF−AS<br><br>**Order to Show Cause re Dismissal for Lack of Prosecution** |

    Default has been entered by the Clerk as to the remaining defendants. No motion for default judgment has been filed. Plaintiff is ordered to file a motion for default judgment on or before January 17, 2023. Failure to file a default judgment motion by that date may result in sanctions, including dismissal for failure to prosecute.

    IT IS SO ORDERED.

Date: December 15, 2022     /s/ *Dale S. Fischer*
                                                     Dale S. Fischer
                                                     United States District Judge